IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **06-CV-01551-BNB**

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

FILED
UNITED STATES DISTRICT COURT
DENVER, COLO.

AUG - 8 2006

GREGORY C. LANGHAM
CLERK

MAZEN J. KHERDEEN,

    Plaintiff,

v.

ARAPAHOE COUNTY SHERIFF DEPARTMENT - OFFICE,
SHERIFF J. GRAYSON ROBINSON, Individually and Under the Color of The Law,
COMMANDER CAPTAIN BRICE MOOMAW, Individually and Under the Color of The Law,
SGT. L. ROSS, #9662, Individually and Under the Color of The Law,
SGT. SEMMELBECK, #9635, Individually and Under the Color of The Law,
DEPUTY SEXTON, #CH0012, Individually and Under the Color of The Law,
DEPUTY LENON, #03072, Individually and Under the Color of The Law,
DEPUTY ROBINSON, Individually and Under the Color of The Law,
DEPUTY SPAIN, #03092, Individually and Under the Color of The Law,
DEPUTY R. BRASH, #03062, Individually and Under the Color of The Law,
ARAPAHOE COUNTY SHERIFF'S OFFICE / COURT SERVICES DEPUTY, #9851, Individually and Under the Color of The Law,
CAPTAIN BAY, Individually and Under the Color of The Law,
LEUTANANT [sic] MARES, Individually and Under the Color of The Law,
DENVER COUNTY SHERIFF, Individually and Under the Color of The Law,
DENVER SHERIFF'S SGT. ROBERTS, Individually and Under the Color of The Law,
DENVER SHERIFF'S SGT. ESPONOZA, Individually and Under the Color of The Law,
DENVER MAYOR JOHN HECKENLOOPER [sic], Individually and Under the Color of The Law,
DENVER GENERAL HOSPITAL aka DENVER HEALTH ("DH"),
DR. NANCY DEBOREY, Individually and as a Medical Doctor at Denver Health,
DR. JENNIFFER ADAMS,
NURSE CHIP EDWARDS, Individually and as a Medical Nurse at Denver Health,
CORRECTIONAL HEALTH CARE MANAGEMENT ("CHCM"),
ROBERT LAUDERDALE, Individually and as Chief Executive of CMCH,
DR. SINGH, Individually as an Employee of CHCM and or Arapahoe County Detention ("ACDF"),
DR. FURR, Individually as an Employee of CHCM and or ACDF,
NURSE HEIDI, Individually as an Employee of CHCM and or ACDF,
DR. MOSER, Individually as an Employee of CHCM and or ACDF,

Dockets.Justia.com

NURSE PAULA, Individually as an Employee of CHCM and or ACDF,
ARAPAHOE COUNTY DETENION [sic] FACILITY/ MEDICAL HEALTH AUTHORITY,
ARAPAHOE COUNTY DETENTION FACILITY ("ACDF"),
ARAPAHOE COUNTY LAW LIBRARY,
SHEILA CLARK, Individually and as a Librarian of the Arapahoe County Law Library,
ARAMARK FOOD SERVICE ("Aramark"),
EDIE KILMORE, Food Service Director, Individually and as employee of Aramark,
MAURICE WORMACK, Food Service Manager, Individually and as employee of
    Aramark,
JANE STADICK, Food Service Dieteticnist [sic], Individually and as employee of
    Aramark,
COLORADO 18TH JUDICIAL DISTRICT,
ARAPAHOE COUNTY DISTRICT COURT ("ACDC"),
JUDGE JOHN LEOPOLD, Chief Judge, ACDC, Individually and as a Judge,
JUDGE WHITE, ACDC Judge, Individually and as a Judge,
JUDGE CHERRYL POST, ACDC Judge, Individually and as a Judge,
ARAPAHOE COUNTY COURT ("ACC"),
JUDGE CHRISTINA N. CHAUCHE, Individually and as an ACC Judge in Div [sic] 204,
JUDGE CHRISTOPHER C. CROSS, Individually and as an ACC Judge in Div [sic] A-2,
MAGISTRATE EDWARD BURNS, Individually and as an ACC Magistrate in Div [sic]
    C1,
DENVER COUNTY COURT,
JUDGE BREEZE, Individually and as a Judge at DCC, Ct [sic] Room 186L,
ARAPAHOE DISTRICT ATTORNEY'S OFFICE ("ACDAO"),
CAROL CHAMBERS, Individually and as an ACDA,
CAROL CHAMBERS, Individually and as an Assistant ACDA,
JOHN W. SUTHERS, Individually and as State of Colorado Attorney General,
KATHLEEN L. SPALDING, Individually and as State of Colorado Assistant Attorney
    General,
FRANK WEDDIG, Arapahoe County Commissioner,
BILL OWENS, Individually and as a Governor of the State of Colorado,
GEORGE W. BUSH, Individually and as a President of The United States of America,
COLORADO MUSLIM SOCIETY ("CMS"),
MASJID ABU-BAKR,
ABDULLA SULEIMAN, aka ABU NAJEEB, Individually & as a Member of CMS,
MOHAMMAD ASHOUR, Individually and as a Member of CMS,
AMERA CLEAN,
NUBUILT,
MUNIR LADIN, Individually and as a Board member of CMS Shura,
AMANULLAH MOHAMMEDI, Individually and as a Board member of CMS Shura,
HAITHAM NASR, Individually and as a Board member of CMS Shura,
ANIS JAD, Individually and as a Board member of CMS Shura,
EMAMUDIN GHIAS, Individually and as a Board member of CMS Shura,
DRSHLER NAWAZ, Individually and as a Board member of CMS Shura,
SYED I. ASIF, Individually and as a Board member of CMS Shura,

AMMAR AMENETE, Individually and as an Imam Member of CMS Shura,
AHMAD NABHAU, Individually and as a Former Imam Member of CMS Shura,
MAPLE TREE MORTGAGE, ("MTM"),
LANCE FELDMAN, ("MTM"), an Executive of MTM,
KAMAL IBRAHEEM, ("MTM"), Member of CMS,
GREENWOOD VILLAGE POLICE DEPARTMENT,
JUDGE MARK HENEN, Individually and as ACDC Judge,
JUDGE MARILYNN LEONARD, Individually and as ACDC Judge,
JUDGE PHASING, Individually and as ACDC Judge,
MONWAN J. KHAIREDDIN,
HIYAM KHAIREDDIN,
GARY L. CRANDELL,
ROBERT M. SINGER,
JOSEPH MURR,
JOHN DOE and JANE DOE,
CHRISTOPHER BANMAN,
ATTORNY [sic] RANDY CORPORON,
ATTORNEY WALTER GERASH, and
CHANNEL 4 NEWS - KCNC News,

   Defendants.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, and a Prisoner Complaint. As part of the court's review pursuant to D.C.COLO.LCivR 8.1, the court has determined that the submitted documents are deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**
(1) ___ is not submitted
(2) ___ is not on proper form (must use the court's current form)
(3) ___ is missing original signature by Plaintiff

(4) ___ is missing affidavit
(5) ___ affidavit is incomplete
(6) ___ affidavit is not notarized or is not properly notarized
(7) ___ names in caption do not match names in caption of complaint, petition or application
(8) ___ An original and a copy have not been received by the court. Only an original has been received.
(9) ___ other _____

**Complaint or Petition:**
(10) ___ is not submitted
(11) ___ is not on proper form (must use the court's current form)
(12) _X_ is missing an original signature by the Plaintiff
(13) ___ is incomplete
(14) ___ uses et al. instead of listing all parties in caption
(15) ___ An original and a copy have not been received by the court. Only an original has been received.
(16) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) ___ names in caption do not match names in text
(18) ___ other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, copies of the following forms: Prisoner Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the

4

action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this  4TH  day of  August , 2006.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-CV-01551-BNB

Mazen J. Kherdeen
P.O. Box 24930
Denver, CO 80224

Mazen J. Kherdeen
493 Tuscan Street
Aurora, CO 80111

    I hereby certify that I have mailed a copy of the **ORDER** and two copies of **Prisoner Complaint** to the above-named individuals on 8-8-06

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk