IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01551-BNB

MAZEEN J. KHERDEEN,

    Plaintiff,

v.

ARAPAHOE COUNTY SHERIFF DEPARTMENT - OFFICE,
SHERIFF J. GRAYSON ROBINSON, Individually and Under the Color of The Law,
COMMANDER CAPTAIN BRICE MOOMAW, Individually and Under the Color of
    The Law,
SGT. L. ROSS, #9662, Individually and Under the Color of The Law,
SGT. SEMMELBECK, #9635, Individually and Under the Color of The Law,
DEPUTY SEXTON, #CH0012, Individually and Under the Color of The Law,
DEPUTY LENON, #03072, Individually and Under the Color of The Law,
DEPUTY ROBINSON, Individually and Under the Color of The Law,
DEPUTY SPAIN, #03092, Individually and Under the Color of The Law,
DEPUTY R. BRASH, #03062, Individually and Under the Color of The Law,
ARAPAHOE COUNTY SHERIFF'S OFFICE / COURT SERVICES DEPUTY, #9851,
    Individually and Under the Color of The Law,
CAPTAIN BAY, Individually and Under the Color of The Law,
LEUTANANT [sic] MARES, Individually and Under the Color of The Law,
DENVER COUNTY SHERIFF, Individually and Under the Color of The Law,
DENVER SHERIFF'S SGT. ROBERTS, Individually and Under the Color of The Law,
DENVER SHERIFF'S SGT. ESPONOZA, Individually and Under the Color of The Law,
DENVER MAYOR JOHN HECKENLOOPER [sic], Individually and Under the Color of
    The Law,
DENVER GENERAL HOSPITAL aka DENVER HEALTH ("DH"),
DR. NANCY DEBOREY, Individually and as a Medical Doctor at Denver Health,
DR. JENNIFFER ADAMS,
NURSE CHIP EDWARDS, Individually and as a Medical Nurse at Denver Health,
CORRECTIONAL HEALTH CARE MANAGEMENT ("CHCM"),
ROBERT LAUDERDALE, Individually and as Chief Executive of CMCH,
DR. SINGH, Individually as an Employee of CHCM and or Arapahoe County Detention
    ("ACDF"),
DR. FURR, Individually as an Employee of CHCM and or ACDF,
NURSE HEIDI, Individually as an Employee of CHCM and or ACDF,
DR. MOSER, Individually as an Employee of CHCM and or ACDF,
NURSE PAULA, Individually as an Employee of CHCM and or ACDF,
ARAPAHOE COUNTY DETENION [sic] FACILITY/ MEDICAL HEALTH AUTHORITY,
ARAPAHOE COUNTY DETENTION FACILITY ("ACDF"),

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 20 2006

GREGORY C. LANGHAM
    CLERK

ARAPAHOE COUNTY LAW LIBRARY,
SHEILA CLARK, Individually and as a Librarian of the Arapahoe County Law Library,
ARAMARK FOOD SERVICE ("Aramark"),
EDIE KILMORE, Food Service Director, Individually and as employee of Aramark,
MAURICE WORMACK, Food Service Manager, Individually and as employee of Aramark,
JANE STADICK, Food Service Dieteticnist [sic], Individually and as employee of Aramark,
COLORADO 18TH JUDICIAL DISTRICT,
ARAPAHOE COUNTY DISTRICT COURT ("ACDC"),
JUDGE JOHN LEOPOLD, Chief Judge, ACDC, Individually and as a Judge,
JUDGE WHITE, ACDC Judge, Individually and as a Judge,
JUDGE CHERRYL POST, ACDC Judge, Individually and as a Judge,
ARAPAHOE COUNTY COURT ("ACC"),
JUDGE CHRISTINA N. CHAUCHE, Individually and as an ACC Judge in Div [sic] 204,
JUDGE CHRISTOPHER C. CROSS, Individually and as an ACC Judge in Div [sic] A-2,
MAGISTRATE EDWARD BURNS, Individually and as an ACC Magistrate in Div [sic] C1,
DENVER COUNTY COURT,
JUDGE BREEZE, Individually and as a Judge at DCC, Ct [sic] Room 186L,
ARAPAHOE DISTRICT ATTORNEY'S OFFICE ("ACDAO"),
CAROL CHAMBERS, Individually and as an ACDA,
CAROL CHAMBERS, Individually and as an Assistant ACDA,
JOHN W. SUTHERS, Individually and as State of Colorado Attorney General,
KATHLEEN L. SPALDING, Individually and as State of Colorado Assistant Attorney General,
FRANK WEDDIG, Arapahoe County Commissioner,
BILL OWENS, Individually and as a Governor of the State of Colorado,
GEORGE W. BUSH, Individually and as a President of The United States of America,
COLORADO MUSLIM SOCIETY ("CMS"),
MASJID ABU-BAKR,
ABDULLA SULEIMAN, aka ABU NAJEEB, Individually & as a Member of CMS,
MOHAMMAD ASHOUR, Individually and as a Member of CMS,
AMERA CLEAN,
NUBUILT,
MUNIR LADIN, Individually and as a Board member of CMS Shura,
AMANULLAH MOHAMMEDI, Individually and as a Board member of CMS Shura,
HAITHAM NASR, Individually and as a Board member of CMS Shura,
ANIS JAD, Individually and as a Board member of CMS Shura,
EMAMUDIN GHIAS, Individually and as a Board member of CMS Shura,
DRSHLER NAWAZ, Individually and as a Board member of CMS Shura,
SYED I. ASIF, Individually and as a Board member of CMS Shura,
AMMAR AMENETE, Individually and as an Imam Member of CMS Shura,
AHMAD NABHAU, Individually and as a Former Imam Member of CMS Shura,
MAPLE TREE MORTGAGE, ("MTM"),

LANCE FELDMAN, ("MTM"), an Executive of MTM,
KAMAL IBRAHEEM, ("MTM"), Member of CMS,
GREENWOOD VILLAGE POLICE DEPARTMENT,
JUDGE MARK HENEN, Individually and as ACDC Judge,
JUDGE MARILYNN LEONARD, Individually and as ACDC Judge,
JUDGE PHASING, Individually and as ACDC Judge,
MONWAN J. KHAIREDDIN,
HIYAM KHAIREDDIN,
GARY L. CRANDELL,
ROBERT M. SINGER,
JOSEPH MURR,
JOHN DOE and JANE DOE,
CHRISTOPHER BANMAN,
ATTORNY [sic] RANDY CORPORON,
ATTORNEY WALTER GERASH, and
CHANNEL 4 NEWS - KCNC News,

   Defendants.

---

### ORDER DENYING MOTION TO RECONSIDER

---

Plaintiff Mazeen J. Kherdeen filed *pro se* on December 11, 2006, a motion titled "Motion to Reconsider Order Dated 12/4/06." Mr. Kherdeen asks the Court to reconsider and vacate the Court's Order and Judgment of Dismissal entered on December 4, 2006. The Court must construe the motion to reconsider liberally because Mr. Kherdeen is proceeding *pro se*. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). For the reasons stated below, the motion to reconsider will be denied.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." *Van Skiver v. United States*, 952 F.2d 1241, 1243

(10th Cir. 1991). Mr. Kherdeen filed the motion to reconsider within ten days after the Order and Judgment of Dismissal. Therefore, the Court will consider the motion to reconsider pursuant to Rule 59(e). **See Van Skiver**, 952 F.2d at 1243.

The Court dismissed the complaint and the instant action without prejudice for failure to comply with the August 29, 2006, order to file within thirty days an amended complaint that complied with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure, that asserted each Defendant's personal participation in the alleged constitutional violations, and that showed cause why the claims concerning the conditions of Mr. Kherdeen's confinement should not be dismissed for failure to exhaust available administrative remedies. The reasons for the dismissal are discussed in detail in the December 4, 2006, Order and Judgment of Dismissal.

Upon consideration of the motion to reconsider and the entire file, the Court finds that Mr. Kherdeen fails to demonstrate some reason why the Court should reconsider and vacate the order to dismiss this action. The three major grounds that justify reconsideration are: (1) an intervening change in controlling law; (2) the availability of new evidence; and (3) the need to correct clear error or prevent manifest injustice. **See Shields v. Shetler**, 120 F.R.D. 123, 126 (D. Colo. 1988).

Mr. Kherdeen does not allege the existence of any new law or evidence, and the Court, having checked the Court's docketing records, remains convinced that Mr. Kherdeen failed to submit an amended complaint. Therefore, the motion to reconsider will be denied. Accordingly, it is

ORDERED that the motion titled "Motion to Reconsider Order Dated 12/4/06" that Plaintiff Mazen J. Kherdeen filed *pro se* on December 11, 2006, and which the

Court has treated as a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e), is denied.

DATED at Denver, Colorado, this 19 day of Dec., 2006.

BY THE COURT:

*Zita Weinshienk*

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-01551-BNB

Mazen J. Kherdeen
P.O. Box 24930
Denver, CO 80224

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 12/20/06

GREGORY C. LANGHAM, CLERK

By _____
         Deputy Clerk